# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL T. HINES,<br><br>            Plaintiff,<br><br>  vs.<br><br>LOS ANGELES COUNTY SHERIFF, ET AL.,<br><br>            Defendants. | CASE NO. CV 12-02375 MMM (RZ)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections.

IT IS ORDERED that (1) the Court accepts and adopts the Report and Recommendation of the Magistrate; (2) Defendant's motion for summary judgment is granted in part; and (3) judgment is entered dismissing the action with prejudice.

DATED: June 18, 2013

*Margaret M. Morrow*

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE