# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL T. HINES,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>LOS ANGELES COUNTY SHERIFF, ET AL.,<br><br>　　　　　　Defendants. | CASE NO. CV 12-02375 MMM (RZ)<br><br>JUDGMENT |

　　　　Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

　　　　IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice.

　　　　DATED: June 18, 2013

　　　　　　　　　　　　　　　　　　　_Margaret M. Morrow_
　　　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE